IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Case No. 1:16-cv-1640

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

ROBERT MICHAEL RENKEN,
NADA MARGARET RENKEN,
WELLS FARGO BANK, and
PROWERS COUNTY TREASURER

      Defendants.

---

**COMPLAINT TO REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT
AND TO FORECLOSE FEDERAL TAX LIENS**

---

Plaintiff, the United States of America, brings this civil action against the

defendants named above to (1) reduce to judgment certain unpaid federal tax

assessments made against defendant Robert Michael Renken ("Renken"); (2)

enforce federal tax liens against real property owned by Renken in Lamar,

Colorado.

### Jurisdiction and Venue

1.  This Court has jurisdiction over this case under 28 U.S.C. §§ 1340 and

1345, and 26 U.S.C. ("I.R.C.") §§ 7402 and 7403.

2.   Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1396 because Renken, whose tax liability is at issue, resides in this judicial district, and because the subject real property is located within this judicial district.

3.   Under I.R.C. §§ 7401 and 7403, this action has been requested and authorized by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and is brought at the direction of the Attorney General of the United States.

## Defendants

4.   Robert Michael Renken resides in Lamar, Colorado.

5.   Nada Margaret Renken resides in Lamar, Colorado, and is married to Robert Michael Renken.

6.   Nada Margaret Renken is named as a defendant pursuant to I.R.C. § 7403(b) because she may claim an interest in the subject real property.

7.   Wells Fargo Bank is named as a defendant pursuant to I.R.C. § 7403(b) because it may claim an interest in the subject real property.

8.   Prowers County Treasurer is named as a defendant pursuant to I.R.C. § 7403(b) because it may claim an interest in the subject real property.

//

**Facts**

*The Property*

9.   Robert Michael Renken and Nada M. Renken ("the Renkens") are joint-owners of real property located at 1704 S. 6th Street in Lamar, Colorado ("the Property"). The legal description of the Property is:

> Lot 26 in Block 4, in Sunny Heights Subdivision to
> Lamar, according to the recorded plat thereof, County
> of Prowers, State of Colorado.

10. The Renkens acquired titled to the Property as joint tenants by virtue of a warranty deed conveyed to them by Richard and Kathie Mauch on July 30th, 1985.

*Federal Tax Assessments and Tax Liens*

11. Renken failed to file timely Forms 1040, federal income tax return, for tax years 2000, and 2002 through 2010. The Internal Revenue Service received Renken's Form 1040 for tax year 2000, on August 18, 2011; for tax years 2002, 2003, and 2006, on June 20, 2011; for tax years 2004 and 2005 on June 21, 2011; for tax years 2007 through 2009, on August 9, 2011; and for tax year 2010, on August 15, 2011.

12. On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments against Renken for federal income taxes, penalties, interest, and other statutory additions as follows:

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[1] (as of 6/30/2016) |
|---|---|---|---|---|
| 2000 | 04/21/2008 | Estimated Tax Penalty:<br>Additional Tax:<br>Late Filing Penalty:<br>Interest:<br>Failure to Pay Penalty: | $ 494.00<br>$ 16,290.00<br>$ 3,665.25<br>$ 10,896.38<br>$ 4,072.50 | $ 33.33 |
| | 12/26/2011 | Additional Tax:<br>Late Filing Penalty: | $ 994.00<br>$ 223.65 | |
| | 09/03/2012 | Failure to Pay Penalty: | $ 79.52 | |
| | 07/14/2014 | Interest:<br>Failure to Pay Penalty: | $ 1,961.81<br>$ 168.98 | |
| | 07/28/2014 | Interest: | $ 1,300.00 | |
| | 08/25/2014 | Interest: | $ 763.14 | |
| | 09/08/2014 | Interest: | $ 1,000.00 | |
| | 09/29/2014 | Interest: | $ 645.69 | |
| | 10/06/2014 | Interest: | $ 1,000.00 | |
| | 11/17/2014 | Interest: | $ 3,497.89 | |
| 2002 | 08/15/2011 | Tax:<br>Estimated Tax Penalty:<br>Late Filing Penalty:<br>Failure to Pay Penalty:<br>Interest: | $ 19,678.00<br>$ 653.00<br>$ 4,427.55<br>$ 4,919.50<br>$ 14,003.31 | $ 50,796.08 |
| | 11/17/2014 | Interest: | $ 4,546.18 | |
| 2003 | 05/25/2009 | Estimated Tax Penalty:<br>Additional Tax: | $ 513.00<br>$ 21,617.00 | $ 47,208.19 |

[1] Including penalties, statutory accruals, and adjustments or abatements.

4

| | | | | |
|---|---|---|---|---|
| | | Late Filing Penalty: | $ 4,863.82 | |
| | | Interest: | $ 10,220.82 | |
| | | Failure to Pay Penalty: | $ 5,404.25 | |
| | 11/18/2014 | Interest: | $ 7,187.79 | |
| 2004 | 05/25/2009 | Estimated Tax Penalty: | $ 425.96 | $ 39,404.37 |
| | | Additional Tax: | $ 14,865.00 | |
| | | Late Filing Penalty: | $ 3,344.62 | |
| | | Interest: | $ 5,850.46 | |
| | | Failure to Pay Penalty: | $ 3,716.25 | |
| | 10/31/2011 | Estimated Tax Penalty: | $ 45.04 | |
| | | Additional Tax: | $ 1,562.00 | |
| | | Late Filing Penalty: | $ 351.45 | |
| | 09/03/2012 | Failure to Pay Penalty: | $ 156.20 | |
| | 11/17/2014 | Interest: | $ 6,893.16 | |
| | | Failure to Pay Penalty: | $ 234.30 | |
| 2005 | 08/15/2011 | Tax: | $ 18,190.00 | $ 40,828.99 |
| | | Estimated Tax Penalty: | $ 730.00 | |
| | 04/08/2011 | Late Filing Penalty: | $ 4,092.75 | |
| | | Failure to Pay Penalty: | $ 4,547.50 | |
| | | Interest: | $ 7,581.56 | |
| | 11/17/2014 | Interest: | $ 3,656.38 | |
| 2006 | 05/25/2009 | Estimated Tax Penalty: | $ 797.00 | $ 35,751.91 |
| | | Additional Tax: | $ 18,953.00 | |
| | | Late Filing Penalty: | $ 4,264.42 | |
| | | Interest: | $ 3,171.89 | |
| | | Failure to Pay Penalty: | $ 2,463.89 | |
| | 09/05/2011 | Failure to Pay Penalty: | $ 2,274.35 | |
| | 11/17/2014 | Interest: | $ 5,201.16 | |
| 2007 | 10/10/2011 | Tax: | $ 10,549.00 | $ 20,857.30 |
| | | Estimated Tax Penalty: | $ 480.00 | |
| | | Late Filing Penalty: | $ 2,373.52 | |
| | | Failure to Pay Penalty: | $ 2,215.29 | |
| | | Interest: | $ 2,029.07 | |
| | 09/03/2012 | Failure to Pay Penalty: | $ 421.96 | |

| | | | | |
|---|---|---|---|---|
| | 11/17/2014 | Interest: | $ 1,751.05 | |
| 2008 | 09/19/2011 | Tax: | $ 21,075.00 | $ 37,654.23 |
| | | Late Filing Penalty: | $ 4,606.87 | |
| | | Failure to Pay Penalty: | $ 3,071.25 | |
| | | Interest: | $ 2,391.75 | |
| | 09/03/2012 | Failure to Pay Penalty: | $ 2,047.49 | |
| | 11/17/2014 | Interest: | $ 3,188.99 | |
| 2009 | 09/19/2011 | Tax: | $ 20,600.00 | $ 36,358.68 |
| | | Estimated Tax Penalty: | $ 484.00 | |
| | | Late Filing Penalty: | $ 4,545.00 | |
| | | Failure to Pay Penalty: | $ 1,818.00 | |
| | | Interest: | $ 1,296.91 | |
| | 09/03/2012 | Failure to Pay Penalty: | $ 2,121.00 | |
| | 10/25/2013 | Interest: | $ 2,974.32 | |
| | | Failure to Pay Penalty: | $ 1,111.00 | |
| 2010 | 09/26/2011 | Tax: | $ 24,404.00 | $ 23,352.19 |
| | | Estimated Tax Penalty: | $ 481.00 | |
| | | Late Filing Penalty: | $ 4,342.68 | |
| | | Failure to Pay Penalty: | $ 423.78 | |
| | | Interest: | $ 312.02 | |
| | 09/03/2012 | Failure to Pay Penalty: | $ 1,273.23 | |
| | 11/17/2014 | Interest: | $ 1,837.49 | |
| | | Failure to Pay Penalty: | $ 1,394.49 | |
| | | **Total:** | | **$ 332,245.27** |

13. Timely notice of and demand for payment of the assessments set forth in

paragraph 12 have been made upon Renken, as required by I.R.C. § 6303.

14. Despite notice and demand for payment of the assessments set forth in

paragraph 12, Renken has neglected, refused, or failed to pay the assessments

against him and, as of June 30, 2016, there remains due and owing to the United

States on the assessments against Renken, the total sum of $332,245.27, plus

interest and other statutory additions as provided by law.

15. Pursuant to I.R.C. §§ 6321 and 6322, federal tax liens arose on the dates of

assessment described above and attached to all property and rights to property

then belonging to Renken, and to property and rights to property that came into

existence thereafter, including his interest in the Property.

16. The IRS filed Notices of Federal Tax Lien ("NFTL") relating to the

assessments described in paragraph 12, with the County Clerk and Recorder of

Prowers County, Colorado, as follows:

| Tax Period | Date Notice of Federal Tax Lien Filed |
|---|---|
| 2000 | 09/08/2010 |
|  | 06/15/2015 |
| 2002 | 10/29/2013 |
| 2003 | 09/08/2010 |
| 2004 | 09/08/2010 |
| 2005 | 10/29/2013 |
| 2006 | 09/08/2010 |
| 2007 | 10/29/2013 |
| 2008 | 10/29/2013 |
| 2009 | 10/29/2013 |
| 2010 | 10/29/2013 |

**Count I: Reduce Tax Assessments to Judgment**

17. The United States incorporates by reference the allegations in paragraphs

1 through 16.

18. Despite proper notice and demand for payment, Renken has not paid the

full amount of the assessed personal income tax liabilities, and is indebted to the

United States in the amount of $332,245.27 (as of June 30, 2016), plus all interest and statutory assessments accruing thereafter.

19. Under I.R.C. § 7402(a), the United States is entitled to judgment against Robert Michael Renken for the unpaid balance of personal income tax assessments described in paragraph 12.

### Count II: Foreclosure of Federal Tax Liens

20. The United States incorporates by reference the allegations in paragraph 1 through 19.

21. By reason of the assessments described in paragraph 12, and pursuant to I.R.C. §§ 6321 and 6322, federal tax liens arose in favor of the United States as of the dates of assessments and attached to all property and rights to property Renken then owed or thereafter acquired, including the Property.

22. The federal tax liens arising from those assessments have priority over all interests in the Property acquired after the dates of assessment, subject to the provisions of 26 U.S.C. § 6323(a).

23. Pursuant to 28 U.S.C. § 7403(c), the United States is entitled to a decree of sale of the Property to enforce its tax liens.

WHEREFORE, the United States respectfully requests this Court to enter judgment in its favor and against Defendants as follows:

A.      Enter judgment against Renken for $332,245.27, plus interest and statutory additions, which have accrued and will continue to accrue according to law from June 30, 2016, until the judgment is paid.

B.      Order that the federal tax liens described above are valid and enforce liens upon all property and rights to property of Renken, including the Property.

C.      Order that the federal tax liens be foreclosed on the Property, that the Property be sold, and that the Court determine the rights of the parties to the proceeds of the sale of the Property and the relative priorities of the parties' claims to the proceeds from the sale, and distribute those proceeds accordingly;

D.      Award the United States its costs and other relief as is just and equitable.

//

Dated: June 27, 2016

Respectfully submitted,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General


/s/ Mahana K. Weidler
MAHANA K. WEIDLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
Tel.:    202-616-1955
Fax:    202-307-0054
mahana.karimi@usdoj.gov

*Of Counsel:*
JOHN WALSH
United States Attorney
District of Colorado